ENT    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH DENT, | ) | Case No. CV 08-05255 JFW (AN) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MIKE KNOWLES, WARDEN, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: September 17, 2008

_**/ s /**_

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY