FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

ENTER/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT, | Case No. CV 08-5255 JFW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MIKE KNOWLES, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 2, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY